Theodore T. Ting (SBN 191163)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Telephone: 510.763.2000
Facsimile: 510.273.8832
Email: tting@reedsmith.com

J. Frank McKenna (SBN 17361)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15230-2009
Telephone:   412.288.3131
Facsimile:   412.288.3063
Email: jmckenna@reedsmith.com

Attorneys for Petitioner
Maria Enrichetta Melzi Cargnani

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ENRICHETTA MELZI CARGNANI,<br><br>Petitioner,<br><br>vs.<br><br>PEWAG AUSTRIA G.m.b.H., PEWAG WEISSENFELS HOLDING A.G., PEWAG WEISSENFELS INTERNATIONAL G.m.b.H., and AGYD PENGG, an individual,<br><br>Respondents. | No.: 2:05-cv-00133-WBS-JFM<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONDENT'S MOTION TO DISMISS PLAINTIFF'S PETITION HEARING**<br><br>**Date:**   January 8, 2007<br>**Time:**    1:30 p.m.<br>**Courtroom:**    5<br><br>**The Honorable William B. Shubb** |

Petitioner Maria Enrichetta Melzi Cargnani and Respondents Pewag Austria G.m.b.H., Pewag Weissenfels Holding A.G., Pewag Weissenfels International G.m.b.H., and Agyd Pengg, by and through their respective attorneys of record, hereby stipulate and agree that:

Due to Petitioner's counsel's medical condition, Respondents' Motion to Dismiss Plaintiff's Petition, or, in the Alternative, to Stay, which was originally scheduled for November 17, 2006, and rescheduled for November 27, 2006, at 1:30 p.m., should be continued to **Monday,**

**January 8, 2007**.  Petitioner's last day to submit its opposition shall be **December 8, 2006.** Respondents' last day to submit a reply shall be **December 29, 2006.**

DATED: November 21, 2006.    REED SMITH LLP

By /s/ Theodore T. Ting
　Theodore T. Ting
　Attorneys for Petitioner
　Maria Enrichetta Melzi Cargnani

DATED: November 21, 2006.    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By  /s/ Michael Lisa
　Michael Lisi
　Attorneys for Respondents
　Pewag Austria G.m.b.H., Pewag Weissenfels Holding A.G., Pewag Weissenfels International G.m.b.H., and Aygd Pengg

**IT IS SO ORDERED:**

Date:  November 22, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DOCSOAK-9851818.2

PDF created with pdfFactory trial version www.pdffactory.com