KENNETH E. KELLER (SBN: 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI KUMAR (SBN 227075) akumar@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Respondents PEWAG AUSTRIA G.m.b.H, PEWAG WEISSENFELS HOLDING A.G., PEWAG WEISSENFELS INTERNATIONAL G.m.b.H, and AGYD PENGG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ENRICHETTA MELZI CARGNANI,<br><br>Petitioner,<br><br>v.<br><br>PEWAG AUSTRIA G.m.b.H, PEWAG WEISSENFELS HOLDING A.G., PEWAG WEISSENFELS INTERNATIONAL G.m.b.H, and AGYD PENGG, an individual,<br><br>Respondents. | Case No.:  Civ. S 05-0133 WBS JFM<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

   Pursuant to Rule 83-143 of the General Local Rules of the Eastern District of California, petitioner Maria Enrichetta Melzi Cargnani ("Petitioner") and respondents pewag Austria GmbH, pewag Weissenfels Holding AG), pewag Weissenfels International GmbH, and Agyd Pengg ("Respondents") hereby stipulate as follows to continue the Status Conference in this action from December 18, 2006 until February 12, 2007 at 1:30 p.m..  Respondents' Motion to Dismiss is currently pending, and the hearing on that Motion has recently been continued to January 8, 2007, due to the illness of Petitioner's counsel.  The parties believe that, in light of the pending Motion to Dismiss, the Status Conference would be more productive and a better use of judicial resources if

PDF created with pdfFactory trial version www.pdffactory.com

it were held after the Motion to Dismiss was heard, and the pleadings were settled.

This Stipulation is not entered into for purposes of delay, but simply to continue the Status Conference until after the Motion to Dismiss has been considered by the Court. By entering into this stipulation, neither Petitioner nor Respondents waives any rights, claims or defenses they may have in this action, and in particular, that by entering into this stipulation Respondents are not waiving any objections they may have as to personal jurisdiction, venue, or the sufficiency of process or service of process, nor are they consenting to the general jurisdiction of this Court.

IT IS SO STIPULATED AND AGREED.

Dated:  December 11, 2006                REED SMITH, LLP


By:  ____/s/_____
       TED TING
     Attorneys for Petitioner MARIA ENRICHETTA MELZI CARGNANI


Dated:  December 11, 2006                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By:  ____/s/_____
       KENNETH E. KELLER
     Attorneys for Defendants
     PEWAG AUSTRIA G.m.b.H, PEWAG WEISSENFELS HOLDING A.G., PEWAG WEISSENFELS INTERNATIONAL G.m.b.H, and AGYD PENGG

IT IS SO ORDERED.

Dated: December 11, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com