UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MARIA ENRICHETTA MELZI CARGNANI,

        Petitioner,

   v.

PEWAG AUSTRIA G.m.b.H., PEWAG WEISSENFELS HOLDING A.G., PEWAG WEISSENFELS INTERNATIONAL G.m.b.H., and AGYD PENGG, an individual,

        Respondents.

NO. CIV. S-05-0133 WBS JFM

ORDER RE: COSTS

----oo0oo----

On February 5, 2007, the court entered final judgment in this case in favor of respondents. Respondents, Pewag Austria G.m.b.H., Pewag Weissenfels Holding A.G., and Pewag Weissenfels International G.m.b.H., have submitted a cost bill totaling $322.07; petitioner has not objected.

Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 54-292(f) govern the taxation of costs to losing parties, which are generally subject the provisions of 28 U.S.C. § 1920. After reviewing the bill, and in light of the fact that the losing party has not objected, the court finds all costs to

1

be reasonable.  Accordingly, costs of **$322.07** will be allowed.

        IT IS SO ORDERED.

DATED: April 3, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2